Thank you, Mr. Phillips. You can come right up to the microphone because you're going to be arguing first. And so you've got ten minutes and here we are. Go ahead. Good morning, Your Honors. Dominique Phillips, Plaintiff Appellant. I filed a complaint for my wife's wrongful death on October 4, 2021. I just recently filed a motion to see if I could get an extension or stay so I can hire an attorney to represent me in oral arguments just at the end of last week. But I was told yesterday that I had to come in. So that's why I'm here. I just wanted to know if Your Honors could grant me that motion to get an attorney to come in because I submitted it and it's all here. And see if I could come in in a month, 30 days or 60 days. So that way I have time to come forward with an attorney to represent me. I think that motion has been granted, but we'll treat this as a request for reconsideration and we'll take that up. But if you want to go ahead in the event that we deny that, if you want to go ahead and make any comments to us about your case and why the district court got it wrong in dismissing it, the floor will be yours to do that. Well, the district court, I think, erred in not allowing my case to be heard in the district level. And I was requesting, you know, extra tolling. Equitable tolling, I mean, sorry. Because there were extraordinary circumstances that interfered with regards to me filing a previous case in this court back in 2020. And I couldn't do both simultaneously. And I didn't know that at the time I had to file a tort claim. So. But, you know, there were extraordinary circumstances that prevented me, you know, from moving forward about four or five, about three, four years ago in 2020, you know, due to COVID. And I was fighting another case, appealing another case on another matter with regards to my, you know, my wrongful termination and, you know, and unlawful suspension with my employer, which all led to my wife's stress. And how she collapsed in front of me and my daughter while we were at the house at home on a Saturday on September 28. And the following following week, she, she unexpectedly passed away on October 4th, 2019. Mr. Phillips, do you want us to rely on your briefs for the remainder of your argument? You're welcome to keep talking. I mean, take your time if you need to compose yourself, but we do have your briefs. Okay. Thank you, sir. Ms. Nelson. Good morning. I'm Valerie Nelson, Assistant U.S. Attorney in the Eastern District of New York. Unless the court has questions, I will rest on the arguments in the Postal Service's brief. Thank you. I think we're good. Thank you.